---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter ___7___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **LTD Financial Services, LP** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | _7_ _6_ – _0_ _4_ _1_ _6_ _8_ _1_ _9_ |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3200 Wilcrest Drive** | **PO Box 421013** |
| Number     Street | Number     Street |
| **Suite 600** | |
| | P.O. Box |
| **Houston**          **TX**    **77042** | **Houston**          **TX**    **77242** |
| City                State    ZIP Code | City                State    ZIP Code |
| **Harris** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number     Street |
| | City                State    ZIP Code |

5. Debtor's website (URL)      **www.ltdfin.com**

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☑ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **LTD Financial Services, LP**                                      Case number (if known) _____

**7.   Describe debtor's business**        *A.  Check one:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐   Railroad (as defined in 11 U.S.C. § 101(44))
☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐   Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑   None of the above

*B.  Check all that apply:*

☐   Tax-exempt entity (as described in 26 U.S.C. § 501)
☐   Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐   Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.   NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑   Chapter 7
☐   Chapter 9
☐   Chapter 11.   *Check all that apply:*

☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐   The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐   A plan is being filed with this petition.

☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐   Chapter 12

Debtor  **LTD Financial Services, LP**_____     Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | | ☐ Yes. District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |
| | If more than 2 cases, attach a separate list. | District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |
| | | District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____  Relationship _____ |
| | List all cases. If more than 1, attach a separate list. | District _____  When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |
| | | Debtor _____  Relationship _____ |
| | | District _____  When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor  **LTD Financial Services, LP** _____  Case number (if known) _____

| | |
|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** |

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number        Street

_____

_____
City                                State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

    Contact name _____

    Phone _____

---

## ▉ Statistical and adminstrative information

| | |
|---|---|
| **13.** | **Debtor's estimation of available funds** |

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **LTD Financial Services, LP** _____     Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/08/2023**
MM / DD / YYYY

X **/s/ David John** _____
Signature of authorized representative of debtor

**David John**
Printed name

**CEO**
Title

**18.  Signature of attorney**

X **/s/ Julie M. Koenig** _____     Date **11/08/2023**
Signature of attorney for debtor                MM / DD / YYYY

**Julie M. Koenig**
Printed name

**Cooper & Scully, P.C.**
Firm name

**815 Walker St.**
Number       Street

**Suite 1040**

**Houston**                     **TX**       **77002**
City                           State      ZIP Code

**(713) 236-6800**              **julie.koenig@cooperscully.com**
Contact phone                  Email address

**14217300**                    **TX**
Bar number                     State

11/08/2023 10:49:03am

---

**Fill in this information to identify the case**

Debtor name   **LTD Financial Services, LP**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Checking account- Bank of America Business Advantage Fundamentals Banking** | **Checking account** | 5  3  1  7 | $2,680.00 |
| 3.2. | **Checking account Amegy Bank Operating Account** | **Checking account** | 1  4  4  1 | $58,576.28 |
| 3.3. | **Checking account Amegy Bank General Account** | **Checking account** | 1  5  2  4 | $0.00 |
| 3.4. | **Checking account Amegy Bank Payroll Account** | **Checking account** | 1  4  7  4 | $0.00 |
| 3.5. | **Checking account Amegy Bank Petty Cash Account** | **Checking account** | 1  4  6  6 | $0.00 |
| 3.6. | **Checking account Amegy Bank ITF Uncliamed Property Account** | **Checking account** | 1  5  8  1 | $4,694.23 |
| 3.7. | **Checking account Amegy Bank Unifund Account** | **Checking account** | 9  3  1  5 | $0.00 |

---

Debtor   **LTD Financial Services, LP**                                    Case number (if known) _____
            Name

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3.8. | **Checking account Amegy Bank Roadrunner Financial Account** | Checking account | 9 | 2 | 7 | 3 | | $0.00 |
| 3.9. | **Checking account Amegy Bank North Carolina  Account** | Checking account | 1 | 5 | 5 | 7 | | $0.00 |
| 3.10. | **Checking account Amegy Bank LTDS-Barclays De Trust Account** | Checking account | 1 | 0 | 8 | 3 | | $0.00 |
| 3.11. | **Checking account Amegy Bank Data LTDF Search Account** | Checking account | 1 | 0 | 7 | 5 | | $0.00 |
| 3.12. | **Checking account Amegy Bank Barclays De Trust Account** | Checking account | 4 | 6 | 5 | 0 | | $10,224.56 |
| 3.13. | **Checking account Amegy Bank ITF Ally Financial Bank Account** | Checking account | 1 | 6 | 5 | 3 | | $0.00 |
| 3.14. | **Checking account Amegy Bank ITF CC & Bank Wire Account** | Checking account | 1 | 4 | 5 | 8 | | $21,949.25 |
| 3.15. | **Checking account Amegy Bank Data Search NY Account** | Checking account | 1 | 5 | 0 | 8 | | $0.00 |
| 3.16. | **Checking account Wells Fargo** | Checking account | 8 | 7 | 5 | 6 | | $0.00 |
| 3.17. | **Checking account Amegy Bank LTD Acquisitions Account** | Checking account | 1 | 5 | 3 | 2 | | $4,463.87 |
| 3.18. | **Checking account Amegy Bank ITF Advantage Assets Account** | Checking account | 1 | 4 | 8 | 2 | | $0.00 |

**4.**   **Other cash equivalents**      *(Identify all)*

Name of institution (bank or brokerage firm)

4.1.   **Exhibit A- Unclaimed Property**                                                                        $4,694.22

**5.**   **Total of Part 1**
         Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.        | **$107,282.41** |

---

### Part 2:  Deposits and prepayments

**6.**   **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes.  Fill in the information below.

                                                                                          Current value of
                                                                                          debtor's interest

**7.**   **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1.   **Rent Security Deposit**                                                                      $34,648.00

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.**   **Total of Part 2.**
         Add lines 7 through 8.  Copy the total to line 81.                                    | **$34,648.00** |

---

### Part 3:  Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

Debtor    **LTD Financial Services, LP**                                      Case number (if known) _____
          Name

**11.  Accounts receivable**

|                                    |   | Current value of<br>debtor's interest |
|------------------------------------|---|------|

11a.  90 days old or less:  _____ – _____ = ............. ➔  _____
                            face amount          doubtful or uncollectible accounts

11b.  Over 90 days old:     _____ – _____ = ............. ➔  _____
                            face amount          doubtful or uncollectible accounts

**12.  Total of Part 3**                                                                      | $0.00 |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

## Part 4:    Investments

**13.  Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

|  | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|--|------|------|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**                                                                      | $0.00 |
Add lines 14 through 16.  Copy the total to line 83.

---

## Part 5:    Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| General description | Date of the<br>last physical<br>inventory<br>MM/DD/YYYY | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|------|------|------|------|------|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**                                                                      | $0.00 |
Add lines 19 through 22.  Copy the total to line 84.

**24.  Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

---

Debtor **LTD Financial Services, LP**
Name
Case number (if known) _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Exhibit B- Assets- Offices and Shared Work Spaces | | Ebay | $10,331.63 |
| Exhibit C- Assets Common Areas in Office | | Ebay | $3,141.75 |

Debtor    **LTD Financial Services, LP**                         Case number (if known) _____
          Name

**40. Office fixtures**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **Exhibit D- Equipment In Office** | | Ebay | $9,409.00 |
| **Exhibit E- Equipment In Storage** | | Ebay | $22,840.00 |
| **Xerox 5855- Multifunction, copier, scanner, fax, email and printer** | | | $0.00 |
| **Xerox 5755** | | | $0.00 |
| **Xerox 5755** | | | $0.00 |
| **Xerox 7775** | | | $0.00 |
| **Xerox 7775** | | | $0.00 |
| **Exhibit F- Equipment at Co-Location** | | | $9,672.00 |
| **Future Com Scanner** | | | $0.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$55,394.38

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

11/08/2023 10:49:04am

Debtor **LTD Financial Services, LP**
Name

Case number (if known) _____

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

- ☒ No.  Go to Part 10.
- ☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88. | **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| www.ltdfin.com | | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89. | **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☒ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☒ No
- ☐ Yes

11/08/2023 10:49:04am

Debtor  **LTD Financial Services, LP**
Name                                            Case number (if known) _____

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** | |
| Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **73. Interests in insurance policies or annuities** | |
| Great American Insrurance Group- General Liability | $0.00 |
| The Hartford Insurance- General Liability | $0.00 |
| Coalition Cyber Insurance Policy | $0.00 |
| Hiscox Insurance- Crime Policy | $0.00 |
| Workers Compensation and Employers Liability Insruance Policy | $0.00 |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.                   $0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **LTD Financial Services, LP**
          _____     Case number (if known) _____
          Name

<div style="background:black;color:white;padding:2px">**Part 12:** **Summary**</div>

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $107,282.41 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $34,648.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $0.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $55,394.38 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $0.00 | |
| 88. **Real property.** _Copy line 56, Part 9_.................................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.  91a. | $197,324.79 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.......................................................................  **$197,324.79**

**Fill in this information to identify the case:**

Debtor name   **LTD Financial Services, LP**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

| **2.1** Creditor's name<br>**ePlus Technology Inc** | Describe debtor's property that is subject to a lien<br><br>**Scanner** | $0.00 | $0.00 |
| --- | --- | --- | --- |

Creditor's mailing address
**13595 Dulles Technology Drive**

**Herndon          VA    20171**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number                    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

Describe the lien

**Business Equipment**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                                        $0.00

Debtor   **LTD Financial Services, LP**                                        Case number (if known) _____

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

| **2.2** | **Creditor's name** **US Bank Equipment Finance** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |

**Creditor's mailing address**
**P.O. Box 790448**

**Business Equipment**

**Describe the lien**
**Lease**

_____

**St. Louis          MO   63179-0448**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**   **6/28/2023**

**Last 4 digits of account number**   **4   5   3   4**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

11/08/2023 10:49:06am

Debtor   **LTD Financial Services, LP**                                    Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **US Bank Equipment Finance** | Line **2.2** | ___ ___ ___ ___ |
| **1310 Madrid St. Suite 101** | | |
| **Marshall          MN     56258-4002** | | |

**Fill in this information to identify the case:**

Debtor          **LTD Financial Services, LP**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No.  Go to Part 2.
☐ Yes.  Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1**  Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account
number**   ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a)( _____ )

Debtor   __LTD Financial Services, LP_____   Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,217.20 |
| --- | --- | --- | --- |

__Agility Recovery Solutions__

__P.O. Box 733788__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Dallas_____  **TX**    __75373-3788__

**Basis for the claim:**
__Business Account_____

Date or dates debt was incurred    __7/29/2023__

Last 4 digits of account number    __0__  __1__  __2__  __2__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $608.60 |
| --- | --- | --- | --- |

__Agility Recovery Solutions__

__P.O. Box 733788__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Dallas_____  **TX**    __75373-3788__

**Basis for the claim:**
__Business Account_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __0__  __1__  __2__  __2__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,000.00 |
| --- | --- | --- | --- |

__Ana Zayas__

__878 9 17th Avenue__

☐ Contingent
☐ Unliquidated
☑ Disputed

__Brooklyn_____  **NY**    __11214__

**Basis for the claim:**
__Lawsuit_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __8__  __6__  __5__  __3__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |
| --- | --- | --- | --- |

__Angela Welch, Chapter 7 Trustee__

__Lash Wilcox & Grace PL__

__2202 N West Shore Blvd__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Tampa_____  **FL**    __33607__

**Basis for the claim:**
__Business Account_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __0__  __2__  __2__  __3__

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    __LTD Financial Services, LP_____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**Arete Advisors**

4800 T-Rex Avenue, Suite 350

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$3,048.76**

Boca Raton                    FL        33431-4479

**Basis for the claim:**
Business Account

| Date or dates debt was incurred | 8/1/2023 |
|---|---|

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      3    8    7    5

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**AT&T**

P.O. Box 5019

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$1,091.27**

Carol Stream                  IL        60197-5019

**Basis for the claim:**
Business Account

| Date or dates debt was incurred | 8/19/2023 |
|---|---|

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      4    9    7    7

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**AT&T**

P.O. Box 6463

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$241.59**

Carol Stream                  IL        60197-6463

**Basis for the claim:**
Business Account

| Date or dates debt was incurred | 8/12/2023 |
|---|---|

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      6    3    5    3

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**Barron & Newburger**

7320 N MoPac Expy, Suite 400

Greystone II

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$275.00**

Austin                        TX        78731

**Basis for the claim:**
Business Account

| Date or dates debt was incurred | 6/1/2022 |
|---|---|

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      __    __    __    __

---

Debtor   **LTD Financial Services, LP**                                              Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   **Amount of claim**

---

**3.9**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    **$16,611.70**
                                                                       *Check all that apply.*

**BlueCross Blue Shield**                                              ☐ Contingent

**P.O. Box 650615**                                                    ☐ Unliquidated
                                                                       ☐ Disputed

_____                               **Basis for the claim:**

**Dallas**                    **TX**      **75265-0615**               **Business Account**

Date or dates debt was incurred     **10/1/2023**                      Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                          ☒ No
                                                                       ☐ Yes

---

**3.10**   **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:                       **$1.00**
                                                                       *Check all that apply.*

**Brian L. Ponder, Esq**                                               ☐ Contingent

**c/o Eric Devon Parsons**                                             ☐ Unliquidated

**200 Park Avenue, Suite 1700**                                        ☒ Disputed

_____                               **Basis for the claim:**

**New York**                  **NY**     **11016**                     **Lawsuit**

Date or dates debt was incurred     _____                    Is the claim subject to offset?

Last 4 digits of account number   **2   0   2   2**                    ☒ No
                                                                       ☐ Yes

---

**3.11**   **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:                     **$246.50**
                                                                       *Check all that apply.*

**Burr & Forman**                                                      ☐ Contingent

**P.O. Box 830719**                                                    ☐ Unliquidated
                                                                       ☐ Disputed

_____                               **Basis for the claim:**

**Birmingham**                **AL**     **65283-0719**                **Business Account**

Date or dates debt was incurred     **8/31/2023**                      Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                          ☒ No
                                                                       ☐ Yes

---

| Debtor | **LTD Financial Services, LP** | | Case number (if known) | |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.12** Nonpriority creditor's name and mailing address

**Castel Communications**

**P.O. Box 327**

**Bowmansville**          **NY**    **14026**

Date or dates debt was incurred          **9/12/2023**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,869.00**

**3.13** Nonpriority creditor's name and mailing address

**Cinthia Rincon**

**Lemberg Law LLC**

**43 Dandury Road, 3rd Floor**

**Wilton, CT 6897**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.00**

**3.14** Nonpriority creditor's name and mailing address

**CITIBANK**

**COLLECTIONS**

**PO BOX 6502**

**SIOUX FALL**          **SD**    **57117-6502**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,169.91**

**3.15** Nonpriority creditor's name and mailing address

**Classic Protection Systems, Inc**

**1648 W Sam Houston Parkway N**

**Houston**          **TX**    **77043**

Date or dates debt was incurred          **8/14/2023**

Last 4 digits of account number          **1  3  8  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$973.71**

| Debtor | **LTD Financial Services, LP** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Cornerstone Premium Finance**

**PO Box 66501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$24,095.86**

**Basis for the claim:**

**Business Account**

| St. Louis | MO | 61366-6501 |

**Is the claim subject to offset?**

Date or dates debt was incurred

☒ No
☐ Yes

Last 4 digits of account number    **1   5   9   0**

---

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Cornerstone Premium Finance**

**PO Box 66501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,914.42**

**Basis for the claim:**

**Business Account**

| St. Louis | MO | 61366-6501 |

**Is the claim subject to offset?**

Date or dates debt was incurred

☒ No
☐ Yes

Last 4 digits of account number    **9   3   5   5**

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Crown Castle**

**P.O. Box 28730**

**New York, NY 100087-8730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,537.24**

**Basis for the claim:**

**Business Account**

Date or dates debt was incurred    **9/1/2023**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    **9   6   8   8**

---

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**CT Corporation**

**P.O. Box 4349**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$171.41**

**Basis for the claim:**

**Business Account**

| Carol Stream | IL | 60197-4349 |

**Is the claim subject to offset?**

Date or dates debt was incurred

☒ No
☐ Yes

Last 4 digits of account number    **s   i   n   g**

11/08/2023 10:49:08am

Debtor **LTD Financial Services, LP**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.20** Nonpriority creditor's name and mailing address

**Daniel Corrigan**

**10 Edna Lane**

**Selden**                    **NY**    **11784**

Date or dates debt was incurred _____

Last 4 digits of account number    **2   2   B   R**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.00**

**3.21** Nonpriority creditor's name and mailing address

**e-Complish**

**228 Park Ave South Suite 89324**

**New York**                    **NY**    **10003**

Date or dates debt was incurred    **9/1/2023**

Last 4 digits of account number    **1   2   6   0**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.22** Nonpriority creditor's name and mailing address

**Ethan Wadlington**

**216 Thornwood PL**

**Philadelphia**                **PA**    **19154**

Date or dates debt was incurred _____

Last 4 digits of account number    **5   M   R   P**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.00**

**3.23** Nonpriority creditor's name and mailing address

**Experian**

**475 Anton Blvd.**

**Costa Mesa**                  **CA**    **92626**

Date or dates debt was incurred    **8/24/2023**

Last 4 digits of account number    **1   5   5   8**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$15.70**

Debtor __**LTD Financial Services, LP**_____  Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.24 | Nonpriority creditor's name and mailing address |

**Factual Data**

**PO Box 640495**

Pittsburgh                        PA        15264-0495

| Date or dates debt was incurred | 8/31/2023 |

| Last 4 digits of account number | 4  6  1  4 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,116.43**

---

| 3.25 | Nonpriority creditor's name and mailing address |

**Fed Ex**

**P.O. Box 660481**

Dallas                            TX        75266-0481

| Date or dates debt was incurred | 9/8/2023 |

| Last 4 digits of account number | 5  0  8  5 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$184.58**

---

| 3.26 | Nonpriority creditor's name and mailing address |

**First Choice Coffee**

**333 Garden Oaks Blvd.**

Houston                           TX        77018

| Date or dates debt was incurred | 8/9/2023 |

| Last 4 digits of account number | 1  0  5  0 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$228.05**

---

| 3.27 | Nonpriority creditor's name and mailing address |

**First Data - Fiserv**

**P.O. Box 310464**

Des Moines                        IA        50331-0464

| Date or dates debt was incurred | 8/31/2023 |

| Last 4 digits of account number | 5  4  1  7 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,072.84**

---

Debtor    **LTD Financial Services, LP** _____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                                    Amount of claim

**3.28** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$1.00**

**Fred J. & Diana L. Moreno**

☐ Contingent
☐ Unliquidated
☑ Disputed

**6417 E. Mary Drive**

Basis for the claim:
**Lawsuit**

**Tucson**                        **AZ**      **85730**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **0   0   6   6**

---

**3.29** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$238.87**

**Gateway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**315 South Closner**

Basis for the claim:
**Business Account**

**Edinburg**                      **TX**      **78539**

Date or dates debt was incurred    **8/23/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **7   5   6   3**

---

**3.30** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$5,661.22**

**Global Holding, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**4343 South 118th East Ave**

**Suite 220**

Basis for the claim:
**Business Account**

**Tulsa**                         **OK**      **74146**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.31** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$50.00**

**Higginbotham Cobra Services**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 1271**

Basis for the claim:
**Business Account**

**Fort Worth**                    **TX**      **76101**

Date or dates debt was incurred    **8/1/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

11/08/2023 10:49:08am

Debtor   **LTD Financial Services, LP**                                        Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                              Amount of claim

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,679.25 |
|---|---|---|---|

**Integrity First Insurance, LLC**

**9755 Dogwood Rd**

**Suite 140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Roswell** | **GA** | **30075** |

**Business Account**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   **0   1   7   1**

☑ No
☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**International Sureties**

**701 Poydras St Ste 420**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **New Orleans** | **LA** | **70139** |

**Business Account**

Date or dates debt was incurred   **5/31/2023**

Is the claim subject to offset?

Last 4 digits of account number   **s   i   n   g**

☑ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,175.96 |
|---|---|---|---|

**IPFS Corporation**

**P.O. Box 730223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75373-0223** |

**Business Account**

Date or dates debt was incurred   **7/11/2023**

Is the claim subject to offset?

Last 4 digits of account number   **1   0   1   7**

☑ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jada Cacchilli**

**103-52 97th Street**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Ozone Park** | **NY** | **11417** |

**Lawsuit**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   **2   3   B   R**

☑ No
☐ Yes

---

Debtor    **LTD Financial Services, LP**                                      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

Jessica Corrigan

10 Edna Lane

_____

Selden                        NY      11784

Date or dates debt was incurred    _____

Last 4 digits of account number      2   2   B   R

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**   Lawsuit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$1.00**

---

| 3.37 | Nonpriority creditor's name and mailing address |
|---|---|

Kaufman Dolowich Voluck, LLP

135 Crossways Park Drive, Suite 201

_____

Woodbury                      NY      11797

Date or dates debt was incurred    8/31/2023

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   Business Account

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$357.50**

---

| 3.38 | Nonpriority creditor's name and mailing address |
|---|---|

LabCorp

P.O. Box 12140

_____

Burlington                    NC      27216-2140

Date or dates debt was incurred    8/3/2023

Last 4 digits of account number      9   3   4   3

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   Business Account

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$282.60**

---

| 3.39 | Nonpriority creditor's name and mailing address |
|---|---|

LTD Acquisitions Operating

P.O. Box 421529

_____

Houston                       TX      77242-1529

Date or dates debt was incurred    10/4/2022

Last 4 digits of account number      0   0   0   0

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   Business Account

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$110,000.00**

Debtor   **LTD Financial Services, LP**                                   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,000.00 |
|---|---|---|---|

**Morrison & Associates**

**P.O. Box 572731**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Houston | TX | 77257 |
|---|---|---|

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred   **9/6/2023**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.41 | Nonpriority creditor's name and mailing address | | $165.00 |
|---|---|---|---|

**Nationwide Screening Services**

**501 Madison Avenue, 5th Floor**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| New York | NY | 10022 |
|---|---|---|

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred   **7/28/2023**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   2  2  9  8

---

| 3.42 | Nonpriority creditor's name and mailing address | | $1.00 |
|---|---|---|---|

**Nestor Saroza**

**522 29th St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| Union City | NJ | 07087-3804 |
|---|---|---|

**Basis for the claim:**
**Lawsuit**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   6  3  2  2

---

| 3.43 | Nonpriority creditor's name and mailing address | | $5,330.00 |
|---|---|---|---|

**Neustar**

**P.O. Box 742000**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Atlanta | GA | 30374-2000 |
|---|---|---|

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred   **8/1/2022**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   0  0  8  9

| Debtor | **LTD Financial Services, LP** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.44** Nonpriority creditor's name and mailing address

**Numeracle**

**7918 Jones Branch Drive 4th Floor**

**McLean**　　　　　**VA**　　**22102**

Date or dates debt was incurred　　**9/1/2023**

Last 4 digits of account number　　**6   8   8   6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,125.00**

---

**3.45** Nonpriority creditor's name and mailing address

**Pam Massari**

**1920 E. Tripoli Ave**

**Apartment 213**

**Milwaukee**　　　　**WI**　　**53235**

Date or dates debt was incurred

Last 4 digits of account number　　**3   1   1   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1.00**

---

**3.46** Nonpriority creditor's name and mailing address

**Phin Solutions**

**14245 Saint Francis Blvd, Suite 105**

**Ramsey**　　　　**MN**　　**55303**

Date or dates debt was incurred　　**9/1/2023**

Last 4 digits of account number　　**i   c   e   s**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$226.10**

---

**3.47** Nonpriority creditor's name and mailing address

**Pitney Bowes Global Financial Svcs, LLC**

**P.O. Box 981022**

**55 Jewelers Park Drive, Suite 300**

**Neenah, WI  54956**

**Boston**　　　　**MA**　　**02298-1022**

Date or dates debt was incurred　　**9/12/2023**

Last 4 digits of account number　　**4   4   9   6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$613.68**

---

Debtor __**LTD Financial Services, LP**_____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.48 | Nonpriority creditor's name and mailing address |

__**Programmers.io**_____

__**8951 Cypress Waters Blvd, Suite 160**_____

_____

__**Coppell**_____**TX**____**75019**_____

Date or dates debt was incurred    __**8/1/2023**_____

Last 4 digits of account number    __m_  _e_  _r_  _s_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__**Business Account**_____

Is the claim subject to offset?
☑ No
☐ Yes

**$7,280.00**

| 3.49 | Nonpriority creditor's name and mailing address |

__**Purchase Power**_____

__**P.O. Box 981026**_____

_____

__**Boston**_____**MA**___**02298-1026**___

Date or dates debt was incurred    __**6/29/2023**_____

Last 4 digits of account number    __2_  _9_  _8_  _2_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__**Business Account**_____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,105.12**

| 3.50 | Nonpriority creditor's name and mailing address |

__**Renkim**_____

__**13333 Allen Rd**_____

_____

__**Southgate**_____**MI**____**48195**_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __0_  _7_  _9_  _0_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__**Business Account**_____

Is the claim subject to offset?
☑ No
☐ Yes

**$53,405.30**

| 3.51 | Nonpriority creditor's name and mailing address |

__**Ronda Chamberlain**_____

__**Davis Consumer Law Firm**_____

__**300 Weslsh Road, Building One, Suite 100**___

_____

__**Willow Grove**_____**PA**____**19090**_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
__**Business Account**_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1.00**

Debtor    **LTD Financial Services, LP**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.52 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Shred-It USA (Stericycle, Inc)**

**28883 Network Place**

_____

| **Chicago** | **IL** | **60673-1288** |
|---|---|---|

Date or dates debt was incurred    **8/14/2023**

Last 4 digits of account number    **9   5   0   2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Account**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$304.92**

---

| 3.53 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Silas B. Raney**

**The Law Office of Howard D. Stone PLLC**

**PO Box 712**

| **Owingsville** | **KY** | **40360** |
|---|---|---|

Date or dates debt was incurred    _____

Last 4 digits of account number    **0   0   0   9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Lawsuit**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1.00**

---

| 3.54 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Skit USA, Inc**

**135 Madison Ave, 7th Floor**

_____

| **New York** | **NY** | **10016** |
|---|---|---|

Date or dates debt was incurred    **9/1/2023**

Last 4 digits of account number    ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Account**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$14,052.00**

---

| 3.55 | **Nonpriority creditor's name and mailing address** |
|---|---|

**The Arena Group**

**PO Box 4737**

_____

| **Houston** | **TX** | **77210-4737** |
|---|---|---|

Date or dates debt was incurred    _____

Last 4 digits of account number    **l   t   d   f**

**Lawsuit Judgment**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Judgment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,799,378.10**

Debtor   **LTD Financial Services, LP**                                     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| **3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$282.15** |

As of the petition filing date, the claim is:
*Check all that apply.*

**The Hartford**

**P.O. Box 660916**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**    **75266-0916**

Basis for the claim:
**Business Account**

Date or dates debt was incurred    **12/20/2022**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **8  9  2  9**

---

| **3.57** | Nonpriority creditor's name and mailing address | | **$1.00** |

As of the petition filing date, the claim is:
*Check all that apply.*

**The Law Offices of Gregory A Goodman, P.**

**c/o Garret Leap**

**380 North Broadway, Suite 305**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Jerricho**                    **NY**    **11753**

Basis for the claim:
**Lawsuit**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **2  0  2  2**

---

| **3.58** | Nonpriority creditor's name and mailing address | | **$3,829.52** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Touch Tone Communications**

**P.O. Box 780593**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia**                    **PA**    **19178-0593**

Basis for the claim:
**Business Account**

Date or dates debt was incurred    **8/1/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **0  6  5  0**

---

| **3.59** | Nonpriority creditor's name and mailing address | | **$810.26** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Transunion 5327 LLC**

**P.O. 99506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**                    **IL**    **60693-9506**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred    **7/29/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5  3  2  7**

---

11/08/2023 10:49:08am

Debtor   __**LTD Financial Services, LP**_____   Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.88 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Transunion 5327 LLC**

**P.O. 99506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**                    IL      **60693-9506**

Basis for the claim:
**Business Account**

Date or dates debt was incurred     **7/29/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **5   3   2   8**

---

| 3.61 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$3,347.64

**Transunion 5327 LLC**

**P.O. 99506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**                    IL      **60693-9506**

Basis for the claim:
**Business Account**

Date or dates debt was incurred     **7/29/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **1   4   3   4**

---

| 3.62 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$13.00

**Transunion C001 LLC**

**P.O. 99506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**                    IL      **60693-9506**

Basis for the claim:
**Business Account**

Date or dates debt was incurred     **9/1/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **C   0   0   2**

---

| 3.63 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$16,865.09

**Transunion Risk and Alternative Data Sol**

**P.O. Box 209047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    TX      **75320-9047**

Basis for the claim:
**Business Account**

Date or dates debt was incurred     **8/1/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **4   9   1   1**

11/08/2023 10:49:08am

Debtor   **LTD Financial Services, LP**

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.64 | Nonpriority creditor's name and mailing address |
|---|---|

**Varnell & Warwick, PA**

**P.O. Box 361196**

**681 Saint Clair Ste #361196**

**Melbourne**                 **FL**     **32936-1196**

Date or dates debt was incurred        **???**

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$25,000.00**

---

| 3.65 | Nonpriority creditor's name and mailing address |
|---|---|

**Veritrust - LTDF01**

**7804 Fairview Rd, Suite 153**

**Charlotte**                 **NC**     **28226-4998**

Date or dates debt was incurred        **9/1/2023**

Last 4 digits of account number      **D   F   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$598.10**

---

| 3.66 | Nonpriority creditor's name and mailing address |
|---|---|

**Veritrust - M0LTDF**

**7804 Fairview Rd, Suite 153**

**Charlotte**                 **NC**     **28226-4998**

Date or dates debt was incurred        **9/1/2023**

Last 4 digits of account number      **L   T   D   F**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$426.03**

---

| 3.67 | Nonpriority creditor's name and mailing address |
|---|---|

**Xerox Financial Services**

**P.O. Box 202882**

**Dallas**                 **TX**     **75320-2882**

Date or dates debt was incurred        **9/1/2023**

Last 4 digits of account number      **9   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,972.99**

---

Debtor   __LTD Financial Services, LP_____        Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
     are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   **Ademi LLP**

      **3620 East Layton Ave**


      **Cudahy                WI      53110**

Line   __3.45__

☐  Not listed.  Explain:

__ __ __ __

4.2   **Barshay, Rizzo & Lopez, PLLC**

      **445 Broadhollow Road, Suite CL18**


      **Melville               NY      11747**

Line   __3.36__

☐  Not listed.  Explain:

__ __ __ __

4.3   **Barshay, Rizzo & Lopez, PLLC**

      **445 Broadhollow Road, Suite CL18**


      **Melville               NY      11747**

Line   __3.35__

☐  Not listed.  Explain:

__ __ __ __

4.4   **Barshay, Rizzo & Lopez, PLLC**

      **445 Broadhollow Road, Suite CL18**


      **Melville               NY      11747**

Line   __3.20__

☐  Not listed.  Explain:

__ __ __ __

4.5   **Dahill Office Technology dba Xerox**

      **8200 IH 10 West**

      **Suite 400**


      **San Antonio            TX      78230**

Line   __3.67__

☐  Not listed.  Explain:

__ __ __ __

4.6   **Edward B Geller, Esq**

      **15 Landing Way**


      **Bronx                  NY      10464**

Line   __3.3__

☐  Not listed.  Explain:

__ __ __ __

11/08/2023 10:49:08am

Debtor   **LTD Financial Services, LP**

Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Houston TX Westchase III Properties, LP** **Lee & Associates** **c/o Shawn Harvey** **9805 Katy Freeway, Ste 800** **Houston          TX          77024** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.8 | **Houston TX Westchase III Properties, LP** **Lee & Associates** **c/o Cheri Freeman** **3200 Wilcrest Drive, Ste 125** **Houston          TX          77042** | Line _____ ☑ Not listed.  Explain: **Business Lease** | __ __ __ __ |
| 4.9 | **Internal Revenue Service** **STOP 6692 AUSC** **Austin          TX          73301-0030** | Line _____ ☑ Not listed.  Explain: **Taxes** | __ __ __ __ |
| 4.10 | **Internal Revenue Service** **Insolvency Department** **PO Box 7346** **Philadelphia          PA          19101-7346** | Line _____ ☑ Not listed.  Explain: **Taxes** | __ __ __ __ |
| 4.11 | **Internal Revenue Service** **1919 Smith St.** **Stop 5024 HOU** **Houston          TX          77002** | Line _____ ☑ Not listed.  Explain: **Taxes** | __ __ __ __ |
| 4.12 | **Lash Wilcox & Grace PL** **Chapter 7 Trustee/ Thomas A. Lash** **2202 West Shore Blvd. Suite 200** **Tampa          FL          33607** **FDCPA Lawsuit** | Line _____ ☑ Not listed.  Explain: **Notice Only** | 0   2   2   3 |

Debtor    **LTD Financial Services, LP** _____    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Lawrence C Hersh**<br>**17 Sylvan Street, Suite 102B**<br>**Suite 102B**<br>**Rutherford, NJ 7070** | Line  **3.42**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.14 | **Logix Fiber Networks**<br>**P.O. Box 734120**<br><br>**Dallas          TX     75373-4120** | Line  _____<br><br>☑ Not listed.  Explain:<br>**Business Account** | **0   6   5   9** |
| 4.15 | **Public Storage**<br>**2055 Hayes Rd**<br><br>**Houston       TX     77077** | Line  _____<br><br>☑ Not listed.  Explain:<br>**Storage** | **5   2   9   7** |
| 4.16 | **Ronald N. Allen, LLC**<br>**4801 E. Broadway Blvd**<br>**Suite 151**<br>**Tucson          AZ     85711** | Line  **3.28**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.17 | **Xerox**<br>**P.O. Box 205354**<br><br>**Dallas          TX     75320-5354** | Line  **3.67**<br><br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **LTD Financial Services, LP**                               Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

|   |   |   | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$8,190,282.05** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$8,190,282.05** |

11/08/2023 10:49:09am

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>LTD Financial Services, LP</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td>Chapter <strong>7</strong></td></tr>
</table>

☐ Check if this is an
  amended filing

<u>Official Form 206G</u>

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement<br>Contract to be REJECTED | Cornerstone Premium Finance |
|---|---|---|---|
| | | | PO Box 66501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | St. Louis            MO        61366-6501 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Contract to be REJECTED | Houston TX Westchase III Properties, LP |
|---|---|---|---|
| | | | Lee & Associates |
| | | | c/o Cheri Freeman |
| | State the term remaining | | 3200 Wilcrest Drive, Ste 125 |
| | List the contract number of any government contract | | Houston            TX        77042 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Storage Unit<br>Contract to be ASSUMED | Public Storage |
|---|---|---|---|
| | | | 2055 Hayes Rd |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston            TX        77077 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Business Equipment<br>Contract to be REJECTED | US Bank Equipment Finance |
|---|---|---|---|
| | | | P.O. Box 790448 |
| | State the term remaining | | |
| | List the contract number of any government contract | | St. Louis            MO        63179-0448 |

Debtor      **LTD Financial Services, LP**_____      Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

 Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Tapes and Documents Contract to be REJECTED** | **Veritrust Corp** |
| | | | **7804 Fairview Rd** |
| | State the term remaining | | **Suite 153** |
| | List the contract number of any government contract | | **Charlotte**            **NC**      **28226-4998** |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement Contract to be REJECTED** | **Xerox Financial Services, LLC** |
| | | | **201 Merritt 7** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Norwalk**            **CT**      **06851** |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>LTD Financial Services, LP</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

<u>Official Form 206H</u>

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor Name   **LTD Financial Services, LP**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.   **Real property:**
    Copy line 88 from Schedule A/B................................................................................... **$0.00**

    1b.   **Total personal property:**
    Copy line 91A from Schedule A/B................................................................................. **$197,324.79**

    1c.   **Total of all property:**
    Copy line 92 from Schedule A/B................................................................................... **$197,324.79**

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... **$0.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.   **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F....................................... **$0.00**

    3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................ **+  $8,190,282.05**

4.    **Total liabilities**
    Lines 2 + 3a + 3b................................................................................................................. **$8,190,282.05**

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case and this filing:</b></td></tr>
<tr><td>Debtor Name</td><td><b>LTD Financial Services, LP</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><b>SOUTHERN DISTRICT OF TEXAS</b></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**11/08/2023**__
        MM / DD / YYYY

X **/s/ David John**
Signature of individual signing on behalf of debtor

**David John**
Printed name

**CEO**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **LTD Financial Services, LP**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2023**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$3,047,103.30** |
| For prior year: | From **01/01/2022**<br>MM / DD / YYYY | to | **12/31/2022**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,921,553.00** |
| For the year before that: | From **01/01/2021**<br>MM / DD / YYYY | to | **12/31/2021**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$7,794,680.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be
adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Cardmember Service Chase**<br>Creditor's name<br>**P.O. Box 6294**<br>Street<br><br>**Carol Stream**        **IL**     **60197-6294**<br>City                State    ZIP Code | 10/9/23 | $19,639.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Credit Card** |

11/08/2023 10:49:17am

Debtor **LTD Financial Services, LP**
Name

Case number (if known) _____

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Internal Revenue Service**<br>Creditor's name<br>**1919 Smith St.**<br>Street<br>**Stop 5024 HOU**<br><br>**Houston**          **TX**    **77002**<br>City                      State      ZIP Code | 7/14/23 | **$7,720.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.3. | **Logix Fiber Networks**<br>Creditor's name<br>**P.O. Box 734120**<br>Street<br><br>**Dallas**              **TX**    **75373-4120**<br>City                      State      ZIP Code | 7/14/23-<br>$11,147.93<br>8/14/23-<br>$11,147.93<br>9/14/23-<br>$11,151.60 | **$33,447.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.4. | **Integrity First Insurance**<br>Creditor's name<br>**70 Mansell Ct**<br>Street<br>**Suite275**<br><br>**Roswell**           **GA**    **30076**<br>City                      State      ZIP Code | 7/18/23 | **$11,024.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.5. | **LTD Discover**<br>Creditor's name<br>**3200 Wilcrest Drive**<br>Street<br>**Suite 600**<br><br>**Houston**          **TX**    **77042**<br>City                      State      ZIP Code | 7/31/23 | **$21,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.6. | **LTD Unifund**<br>Creditor's name<br>**3200 Wilcrest Drive**<br>Street<br>**Suite 600**<br><br>**Houston**          **TX**    **77042**<br>City                      State      ZIP Code | 7/31/23 | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.7. | **Houston Texas Westchase III Prop**<br>Creditor's name<br>**3200 Wilcrest Drive**<br>Street<br>**Suite 125**<br><br>**Houston**          **TX**    **77042**<br>City                      State      ZIP Code | 8/1/23-<br>$23,779.21<br>9/1/23_<br>$23,759.21 | **$47,538.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Debtor | **LTD Financial Services, LP** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.8. | **BlueCross Blue Shield**<br>Creditor's name<br>**P.O. Box 650615**<br>Street<br><br>**Dallas**          **TX**     **75265-0615**<br>City               State    ZIP Code | 8/1/23-<br>**$15,972.08**<br>9/1/23-<br>**$15,972.08** | **$31,944.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.9. | **Castel Communications**<br>Creditor's name<br>**P.O. Box 327**<br>Street<br><br>**Bowmansville**      **NY**     **14026**<br>City               State    ZIP Code | 7/17/23 | **$7,738.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.10. | **Morrison & Associates**<br>Creditor's name<br>**P.O. Box 572731**<br>Street<br><br>**Houston**         **TX**     **77257**<br>City               State    ZIP Code | 7/20/23<br>11/8/23 | **$24,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.11. | **Programmers.io**<br>Creditor's name<br>**8951 Cypress Waters Blvd, Suite 160**<br>Street<br><br>**Coppell**         **TX**     **75019**<br>City               State    ZIP Code | 8/2/23 | **$10,560.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.12. | **Amegy Bank**<br>Creditor's name<br>**1717 West Loop South**<br>Street<br><br>**Houston**         **TX**     **77027**<br>City               State    ZIP Code | 9/21/23 | **$8,052.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.13. | **Barron & Newburger**<br>Creditor's name<br>**7320 N MoPac Expy, Suite 400**<br>Street<br>**Greystone II**<br><br>**Austin**          **TX**     **78731**<br>City               State    ZIP Code | 9/7/23<br>**$21,192.50**<br>9/12/23<br>**$4,007.50** | **$25,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

Debtor    **LTD Financial Services, LP**                                        Case number (if known) _____
              Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **LTD Acquisitions, LLC** | 7/28/2023 | **$95,000.00** | **Short term loan payback** |
|  | Insider's name |  |  | **7/20/2022 Loan- $45,000** |
|  | **16225 Park Ten Place** |  |  | **8/22/2022 Loan- $25,000** |
|  | Street |  |  | **9/6/2022 Loan- $25,000** |
|  | **Suite 500** |  |  |  |
|  | **Houston**   **TX**   **77084** |  |  |  |
|  | City         State    ZIP Code |  |  |  |

**Relationship to debtor**

_____

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Gardner et al v. LTD Financial Services, L.P.** | **FDCPA Violation** | **Southern District of Texas** | ☐ Pending |
|  |  |  | Name | ☐ On appeal |
|  |  |  | **1133 N. Shoreline Blvd** | ☑ Concluded |
|  |  |  | Street |  |
|  | **Case number** |  |  |  |
|  | **4:2022cv02531** |  | **Corpus Christi**   **TX**   **78401** |  |
|  |  |  | City         State    ZIP Code |  |

11/08/2023 10:49:17am

Debtor    **LTD Financial Services, LP**                                    Case number (if known) _____
        Name

| | | |
|---|---|---|
| **Case title** | **Nature of case** | **Court or agency's name and address**      **Status of case** |

7.2. **Goldklang v. LTD Financial Services, L.P.**   **FDCPA Violation**

Court or agency's name and address
**Southern District of New York**
Name
**500 Pearl Street**
Street

☐ Pending
☐ On appeal
☒ Concluded

Case number
**7:2022cv01983**

**New York**　　　　**NY**　**10007**
City　　　　　　　State　ZIP Code

---

7.3. **Jenkins v. LTD Financial Services, L.P.**   **FDCPA Violation**

Court or agency's name and address
**Western District of North Carolina**
Name
**104  West Trade St, Room 1200**
Street

☐ Pending
☐ On appeal
☒ Concluded

Case number
**3:2021cv00407**

**Charlotte**　　　　**NC**　**28202**
City　　　　　　　State　ZIP Code

---

7.4. **BECK v. LTD FINANCIAL SERVICES,LP**   **FDCPA Violation**

Court or agency's name and address
**Easten District of Pennsylvania**
Name
**601 Market Street, Room 2609**
Street

☐ Pending
☐ On appeal
☒ Concluded

Case number
**2:2021cv02849**

**Philadelphia**　　　**PA**　**19106**
City　　　　　　　State　ZIP Code

---

7.5. **Lee v. LTD Financial Services, LP**   **FDCPA Violation**

Court or agency's name and address
**Superior Court of California**
Name
**County of San Mateo**
Street
**800 North Humboldt St**

☐ Pending
☐ On appeal
☒ Concluded

Case number
**20CIV000364**

**San Mateo**　　　**CA**　**94401**
City　　　　　　　State　ZIP Code

---

7.6. **Lara v. Barclays Bank Delaware et al.**   **FDCPA Violation**

Court or agency's name and address
**Southern District of Ohio**
Name
**200 Est Second Street**
Street

☐ Pending
☐ On appeal
☒ Concluded

Case number
**1:2022cv00603**

**Dayton**　　　　**OH**　**45402**
City　　　　　　　State　ZIP Code

---

7.7. **RUIZ v. LTD FINANCIAL SERVICES, L.P. et al**   **FDCPA Violation**

Court or agency's name and address
**US District Court New Jersey**
Name
**Federal Bldg**
Street
**4015 Martin Luther King, Jr**

☐ Pending
☐ On appeal
☒ Concluded

Case number
**2:2021cv11982**

**Newark**　　　　**NJ**　**07102**
City　　　　　　　State　ZIP Code

11/08/2023 10:49:17am

Debtor    **LTD Financial Services, LP**                        Case number (if known) _____
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **Cala v. LTD Financial Services, LP** | **FDCPA Violation** | **First District Court Nassau Hempstead**<br>Name<br>**99 Main St**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**7:2022cv01983** | | **Hempstead**      **NY**   **11550**<br>City        State    ZIP Code | |
| 7.9. | **Ethan WADLINGTON v. LTD FINANCIAL SERVICES, LP** | **FDCPA Violation** | **Eastern District of Pennsylvania**<br>Name<br>**601 Market Street, Room 2609**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**2:2023-cv-02735MRP** | | **Philadelphia**    **PA**   **19106**<br>City        State    ZIP Code | |
| 7.10. | **Welch and LTD Financial Services, L.P.** | **FDCPA Violation** | **Middle District of Florida**<br>Name<br>**801 North Florida Avenue**<br>Street<br>**Suite 555** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**8:2022ap00223** | | **Tampa**        **FL**   **33602**<br>City        State    ZIP Code | |
| 7.11. | **Garret Leap v. LTD Financial Services, LP** | **FDCPA Violation** | **Supreme Court of the State of New Yo**<br>Name<br>**1 Court Street**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**612319/2022** | | **Riverhead**     **NY**   **11901**<br>City        State    ZIP Code | |
| 7.12. | **Eric Devon Parsons v. LTD Financial Services, LP** | **FDCPA Violation** | **Supreme Court of the State of New Yo**<br>Name<br>**360 Adams St #4**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**502998/2022** | | **Brooklyn**      **NY**   **11201**<br>City        State    ZIP Code | |
| 7.13. | **Williams v. LTD Financial Services, LP** | **FDCPA Violation** | **Superior Court of California**<br>Name<br>**247 West 3rd Street**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**CIVSB2215760** | | **San Bernardino**    **CA**   **92415**<br>City        State    ZIP Code | |

Debtor    __LTD Financial Services, LP__                              Case number (if known) _____
          Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.14. | Jessica Corrigan v. LTD Financial Services, LP | FDCPA Violation | Sixth District Court<br>Name<br>150 West Main Street<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>CV289522BR | | Patchogue          NY   11772<br>City          State   ZIP Code | |
| 7.15. | Daniel Corrigan v. LTD Financial Services, LP | FDCPA Violation | Sixth District Court<br>Name<br>150 West Main Street<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>CV289622BR | | Patchogue          NY   11772<br>City          State   ZIP Code | |
| 7.16. | Silas B. Raney v. LTD Financial Services, LP | FDCPA Violation | Circuit Court Division II<br>Name<br>12 Main Street<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>20-CI-90009 | | Frenchburg          KY   40322<br>City          State   ZIP Code | |
| 7.17. | Ana Zayas v. LTD Financial Services, LP | FDCPA Violation | Civil court of the City of New York<br>Name<br>141 Livingston Street<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>008653 | | Brooklyn          NY   11201<br>City          State   ZIP Code | |
| 7.18. | MORENO and PNC Mortgage Ltd Financial Services | FDCPA Violation | District of Arizona<br>Name<br>230 North First Avenue, Suite 101<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>4:2023ap00066 | | Phoenix          AZ   85003<br>City          State   ZIP Code | |
| 7.19. | Sandusky v. LTD Financial Services, LP | FDCPA Violation | Eastern District of Michigan<br>Name<br>230 West Lafayette Blvd, 5th Floor<br>Street | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | Case number<br>2:2021cv11275 | | Detroit          MI   48226<br>City          State   ZIP Code | |

11/08/2023 10:49:17am

Debtor      __LTD Financial Services, LP_____      Case number (if known) _____
                       Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.20. | Nestor Saroza v. LTD Financial Services, LP | FDCPA Violation | **Superior Court of New Jersey** <br> Name <br> **50 West Market Street, Room 131** <br> Street | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **ESX-L-002563-22** | | **Newark         NJ    07102** <br> City              State   ZIP Code | |
| 7.21. | Pam Massari v. LTD Financial Services, LP | FDCPA Violation | **State of Wisconsin Circuit Court** <br> Name <br> **901 North 9th Street** <br> Street | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **2023CV003117** | | **Milwaukee      WI    53233** <br> City              State   ZIP Code | |
| 7.22. | Jada Cacchilli v. LTD Financial Services, LP-Asset Portfolio III, LLC | FDCPA Violation | **Sixth District Court** <br> Name <br> **150 West Main Street** <br> Street | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **CV-1226-23BR** | | **Patchogue      NY    11772** <br> City              State   ZIP Code | |
| 7.23. | Arena Group v. LTD Financial Services, LP | Breach of Contract | **Harris County District Court** <br> Name <br> **49 San Jacinto St. #303** <br> Street | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **2018-16002** | | **Houston         TX    77002** <br> City              State   ZIP Code | |
| 7.24. | Russell v. LTD Financial Services, LP | FDCPA Violation | **Superior Court of California** <br> Name <br> **505 South Buena Vista Ave** <br> Street <br> **Room 201** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case number <br> **SCSW2300282** | | **Corona          CA    92882** <br> City              State   ZIP Code | |
| 7.25. | Unifund CCR, LLC vs. Silas B. Raney, CT Corp System, Ltd Financial Service by Secretary of State | Crossclaim | **Menifee Circuit Court** <br> Name <br> **12 Main Street** <br> Street | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **20-CI-90009** | | **Frenchburg      KY    40322** <br> City              State   ZIP Code | |

Debtor   **LTD Financial Services, LP**                          Case number (if known)
          Name

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

## Part 5:   Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

## Part 6:   Certain Payments or Transfers

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cooper & Scully, P.C.** | **Attorney fees: $10,000** | 08/17/2023 | **$10,338.00** |
| | | **Court filing fee: $338** | | |
| | **Address** | | | |
| | **815 Walker St., Suite 1040** | | | |
| | Street | | | |
| | **Houston**     **TX**    **77002** | | | |
| | City      State   ZIP Code | | | |
| | **Email or website address** | | | |
| | **www.cooperscully.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12.   Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

---

Debtor    **LTD Financial Services, LP**                                    Case number (if known)   _____
          Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐  None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Donald Russell** | **Projector and Chair** | **8/16/2023** | **$100.00** |

Address

**10527 Vacek Rd**
Street

**Richmond**              **TX**      **77469**
City                      State    ZIP Code

Relationship to debtor
**Employee**

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Derrek Davis** | **Acer Laptop** | **9/13/23** | **$390.00** |

Address

**457 Scenic Lullaby**
Street

**Spring Branch**         **TX**      **78070**
City                      State    ZIP Code

Relationship to debtor
**Employee**

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | **LTD Acquisition** | **Acer Laptop** | **9/15/23** | **$635.00** |

Address

**16225 Park Ten Place**
Street
**Suite 500**

**Houston**               **TX**      **77084**
City                      State    ZIP Code

Relationship to debtor

_____

11/08/2023 10:49:17am

Debtor      **LTD Financial Services, LP**                                    Case number (if known) _____
            Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.4.  **Regina Robinson** | **Office Chair** | **9/21/23** | **$3.00** |
| **Address** | | | |
| **1445 Lakeside Estates Dr** Street **Apt 2707** | | | |
| **Houston**          **TX**    **77042** City          State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Employee** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.5.  **Regina Eckford** | **11 Office Chairs** | **9/21/23** | **$33.00** |
| **Address** | | | |
| **17031 Grampin Dr.** Street | | | |
| **Houston**          **TX**    **77084** City          State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Employee** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.6.  **Regina Robinson** | **Office Chair** | **9/22/23** | **$3.00** |
| **Address** | | | |
| **1445 Lakeside Estates Dr** Street **Apt 2707** | | | |
| **Houston**          **TX**    **77042** City          State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Employee** | | | |

Debtor    **LTD Financial Services, LP**                          Case number (if known)

Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.7. **Trina Howard** | **3 fans, 1 desk, 8 chairs, 1 wood shelf, 2 folding tables, 2 coolers, 8 office chairs, 1-2 drawer file cabinet and 2 round tables** | **9/22/23** | **$165.50** |
| **Address** | | | |
| **10442 Caribou Cove** | | | |
| Street | | | |
| **Missouri City**   **TX**   **77459** | | | |
| City   State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Employee** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.8. **Trina Howard** | **Tables, chairs, cal** | | **$15.60** |
| **Address** | | | |
| **10442 Caribou Cove** | | | |
| Street | | | |
| **Missouri City**   **TX**   **77459** | | | |
| City   State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Employee** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.9. **Son T. Mai** | **6 office chairs** | **9/25/23** | **$18.00** |
| **Address** | | | |
| **C/O M. Rao** | | | |
| Street | | | |
| **2102 Ripple Bend Ln** | | | |
| **Pearland**   **TX**   **77581** | | | |
| City   State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Employee** | | | |

11/08/2023 10:49:17am

Debtor  **LTD Financial Services, LP**                          Case number (if known)
        Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.10.  **Sean Huynh** | **12 Chairs and 3 Round Tables** | **9/25/23** | **$46.50** |

Address

**7411 Chathan Glen Ln.**
Street

**Richmond**          **TX**    **77407**
City              State  ZIP Code

Relationship to debtor

**Employee**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.11.  **Natalie Gibbs** | **1 Office Chair** | **9/25/23** | **$3.00** |

Address

**16339 Petaluma Dr**
Street

**Houston**          **TX**    **77053**
City              State  ZIP Code

Relationship to debtor

**Employee**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.12.  **Juan Grovas** | **1 Office Chair** | **9/25/23** | **$3.00** |

Address

**6203 Four Rivers**
Street

**Richmond**          **TX**    **77496**
City              State  ZIP Code

Relationship to debtor

**Employee**

11/08/2023 10:49:17am

Debtor    **LTD Financial Services, LP**                                    Case number (if known) _____
          _____
          Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.13. **Jenny Dang** | **20 Office Chairs** | **9/27/23** | **$60.00** |

**Address**

**C/O M. Rao**
Street
**2102 Ripple Bend Ln**

**Pearland**          **TX**     **77581**
City                 State   ZIP Code

**Relationship to debtor**

**Employee**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.14. **David James John** | **HP Laptop** | **9/22/23** | **$278.00** |

**Address**

**13400 Hahn Rd**
Street

**Sealy**          **TX**     **77474**
City               State   ZIP Code

**Relationship to debtor**

**CEO**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.15. **Cindy Dunigan** | **1 Keyboard, 1 Monitor, 1 Laptop, 2 Couches and Loveseat and 1 Table** | **9/27/23** | **$313.67** |

**Address**

**5027 Raintree Drive**
Street

**Missouri City**      **TX**     **77459**
City                   State   ZIP Code

**Relationship to debtor**

**Employee**

11/08/2023 10:49:17am

Debtor **LTD Financial Services, LP**
Name

Case number (if known)

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.16. **LTD Acquisition** | **Acer Laptop** | | **$280.00** |

Address

**16225 Park Ten Place**
Street
**Suite 500**

**Houston**            **TX**    **77084**
City                       State    ZIP Code

Relationship to debtor

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.17. **Regina Eckford** | **Cooler** | **9/22/23** | **$12.50** |

Address

**17031 Grampin Dr.**
Street

**Houston**            **TX**    **77084**
City                       State    ZIP Code

Relationship to debtor
**Employee**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.18. **Regina Robinson** | **2 Drawer File Cabinet** | **9/21/23** | **$7.50** |

Address

**1445 Lakeside Estate Dr**
Street
**Apt 2707**

**Houston**            **TX**    **77042**
City                       State    ZIP Code

Relationship to debtor

**Employee**

11/08/2023 10:49:17am

Debtor    **LTD Financial Services, LP**                                    Case number (if known) _____
          Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.19.  **Regina Robinson** | **3 Drawer Cabinet** | **9/25/23** | **$10.00** |

**Address**

**1445 Lakeside Estated Dr**
Street
**Apt 2707**

**Houston**            **TX**      **77042**
City                   State     ZIP Code

**Relationship to debtor**

**Employee**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.20.  **Sean Huynh** | **5 Office Chairs** | **9/29/23** | **$15.00** |

**Address**

**7411 Chathan Glen Ln.**
Street

**Richmond**            **TX**      **77407**
City                   State     ZIP Code

**Relationship to debtor**

**Employee**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.21.  **Trina Howard** | **1 Folding Table** | **9/26/23** | **$5.00** |

**Address**

**10442 Caribou Cove**
Street

**Missouri City**        **TX**      **77459**
City                   State     ZIP Code

**Relationship to debtor**

**Employee**

11/08/2023 10:49:17am

Debtor    **LTD Financial Services, LP**                                    Case number (if known)  _____
Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.22. **Regina Robinson** | **1 Desk and 1 Standing Table** | **9/26/23** | **$6.50** |

Address

**1445 Lakeside Estates Dr**
Street
**Apt 2707**

**Houston**                **TX**     **77042**
City                      State    ZIP Code

Relationship to debtor

**Employee**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.23. **Trina Howard** | **1 Office Chair** | **9/29/23** | **$3.00** |

Address

**10442 Caribou Cove**
Street

**Missouri City**          **TX**     **77459**
City                      State    ZIP Code

Relationship to debtor

**Employee**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.24. **Donald Russell** | **1 Office Chair** | **9/29/23** | **$3.00** |

Address

**10527 Vacek Rd**
Street

**Richmond**               **TX**     **77469**
City                      State    ZIP Code

Relationship to debtor

**Employee**

11/08/2023 10:49:17am

Debtor   **LTD Financial Services, LP**                                    Case number (if known) _____
         Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.25. **Trina Howard** | **1 Calculator** | **9/29/23** | **$10.60** |

**Address**

**10442 Caribou Cove**
Street

_____

**Missouri City**        **TX**    **77459**
City                    State   ZIP Code

**Relationship to debtor**

**Employee**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.26. **David James John** | **Chair** | **9/22/23** | **$300.00** |

**Address**

**13400 Hahn Rd**
Street

_____

**Sealy**              **TX**    **77474**
City                    State   ZIP Code

**Relationship to debtor**

**CEO**

---

### Part 7:   Previous Locations

**14.  Previous addresses**

   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☑ Does not apply

Debtor   **LTD Financial Services, LP**                                                     Case number (if known) _____
         Name

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes.  State the nature of the information collected and retained
        **Names, Social Security Numbers and DOB's of consumers for the clients they represent**

        Does the debtor have a privacy policy about that information?
        ☐ No.
        ☑ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
        ☑ No.  Go to Part 10.
        ☐ Yes.  Fill in below:

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **401K** _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City         State   ZIP Code | **XXXX-** __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other _____ | **10/2023** | _____ |

---

11/08/2023 10:49:18am

Debtor    **LTD Financial Services, LP**                                    Case number (if known) _____
          Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.2.  **Amegy Bank**
       Name

       **PO Box 27459**          XXXX-  **9   2   2   4**     ☑ Checking          **9/2023**       _____
       Street                                              ☐ Savings
                                                           ☐ Money market
       _____                            ☐ Brokerage
       **Houston        TX    77227-7459**                 ☐ Other  _____
       City          State   ZIP Code

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.3.  **Amegy Bank**
       Name

       **PO Box 27459**          XXXX-  **4   7   8   1**     ☑ Checking          **9/2023**       _____
       Street                                              ☐ Savings
                                                           ☐ Money market
       _____                            ☐ Brokerage
       **Houston        TX    77227-7459**                 ☐ Other  _____
       City          State   ZIP Code

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.4.  **Amegy Bank**
       Name

       **PO Box 27459**          XXXX-  **6   1   9   4**     ☑ Checking          **9/2023**       _____
       Street                                              ☐ Savings
                                                           ☐ Money market
       _____                            ☐ Brokerage
       **Houston        TX    77227-7459**                 ☐ Other  _____
       City          State   ZIP Code

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.5.  **Amegy Bank**
       Name

       **PO Box 27459**          XXXX-  **1   5   1   6**     ☑ Checking          **9/2023**       _____
       Street                                              ☐ Savings
                                                           ☐ Money market
       _____                            ☐ Brokerage
       **Houston        TX    77227-7459**                 ☐ Other  _____
       City          State   ZIP Code

Debtor  **LTD Financial Services, LP**                                    Case number (if known) _____
         Name

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Veritrust Corp**<br>Name<br><br>**7804 Fairview Rd**<br>Street<br><br>**Suite 153**<br><br>**Charlotte     NC   28226-4998**<br>City          State   ZIP Code | **David James John**<br>**Address**<br>**13400 Hahn Road, Sealy, TX 77474** | **Tapes and Documents** | ☐ No<br>☑ Yes |

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage**<br>Name<br><br>**2055 Hayes Rd**<br>Street<br><br><br>**Houston     TX   77077**<br>City          State   ZIP Code | **David James John**<br>**Address**<br>**13400 Hahn Road, Sealy, TX 77474** | **Assets- See Exhibit E** | ☐ No<br>☑ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

Debtor     __LTD Financial Services, LP__                          Case number (if known) _____
                Name

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes.  Provide details below.

---

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☑ None

26. **Books, records, and financial statements**

    26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | | Dates of service | | |
|---|---|---|---|---|
| 26a.1. **Morrison & Associates** | | From | 2021 | To | 2023 |
| Name | | | | |
| **PO Box 572731** | | | | |
| Street | | | | |
| | | | | |
| **Houston**              **TX**     **77257** | | | | |
| City                     State      ZIP Code | | | | |

---

11/08/2023 10:49:18am

Debtor      **LTD Financial Services, LP**                                Case number (if known) _____
                   Name

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
         statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1.   **Jose Canas, CPA**                                        From ____**2020**____  To ____**2021**____
              Name
              **12999 Jess Pirtle Blvd**
              Street
              _____

              **Sugar Land**                    **TX**      **77478**
              City                                    State      ZIP Code

| Name and address | Dates of service |
|---|---|

26b.2.   **McKinsey & Company**                              From _____  To ___**Present**___
              Name
              **1980 Post Oak Blvd**
              Street
              _____

              **Houston**                         **TX**      **77056**
              City                                    State      ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.   **Morrison & Associates**
              Name
              **PO Box 572731**
              Street
              _____

              **Houston**                         **TX**      **77257**
              City                                    State      ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
         financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **Discover Financial Services**
              Name
              **2500 Lake Cook Road**
              Street
              _____

              **Riverwoods**                    **IL**        **60015**
              City                                    State      ZIP Code

**Name and address**

26d.2.   **Data Search NY Inc dba TRAKAmerica**
              Name
              **27500 Riverview Center Blvd**
              Street
              **Suite 200**

              **Bonita Springs**                **FL**        **34134**
              City                                    State      ZIP Code

| Debtor | **LTD Financial Services, LP** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Tom Arnold, Monica Rao & Cynthia Dunigan** | **9/28/23** | **$55,394.38 / Ebay** |

Name and address of the person who has possession of inventory records

27.1. **David James John**
      Name
      **13400 Hahn Road**
      Street

| **Sealy** | **TX** | **77474** |
|-----------|--------|-----------|
| City | State | ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **LTD Financial Services I, Inc** | **3200 Wilcrest Drive Suite 600 Houston, TX 77042** | **General Partner** | **1%** |
| **LTDFS Acquisition, LLC** | **3200 Wilcrest Drive Suite 600 Houston, TX 77042** | **Limited Partner** | **99%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|
| **401K** | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Debtor    **LTD Financial Services, LP**                                    Case number (if known)   _____
          Name

<div style="background:black;color:white;">**Part 14:**</div>   **Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/08/2023**    _____
            MM / DD / YYYY

**X  /s/ David John**                                                      Printed name   **David John**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor   **CEO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re **LTD Financial Services, LP**

Case No. _____

Chapter **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................Fixed Fee: **$10,000.00**

Prior to the filing of this statement I have received......................................................... **$10,000.00**

Balance Due................................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border: 1px solid black;">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **11/08/2023** | **/s/ Julie M. Koenig** | |
|---|---|---|
| *Date* | *Julie M. Koenig* | Bar No.  14217300 |
| | Cooper & Scully, P.C. | |
| | 815 Walker St. | |
| | Suite 1040 | |
| | Houston, TX 77002 | |
| | Phone: (713) 236-6800 / Fax: (713) 236-6880 | |

</div>

**/s/ David John**

*David John*
*CEO*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **LTD Financial Services, LP**                              CASE NO

                                                                  CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  11/8/2023 _____        Signature  **/s/ David John** _____
                                                      **David John**
                                                      **CEO**


Date  _____        Signature  _____

Ademi LLP
3620 East Layton Ave
Cudahy, WI 53110


Agility Recovery Solutions
P.O. Box 733788
Dallas, TX 75373-3788


Ana Zayas
878 9 17th Avenue
Brooklyn, NY 11214


Angela Welch, Chapter 7 Trustee
Lash Wilcox & Grace PL
2202 N West Shore Blvd
Tampa, FL 33607

Arete Advisors
4800 T-Rex Avenue, Suite 350
Boca Raton, FL 33431-4479


AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019


AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463


Barron & Newburger
7320 N MoPac Expy, Suite 400
Greystone II
Austin, TX 78731


Barshay, Rizzo & Lopez, PLLC
445 Broadhollow Road, Suite CL18
Melville, NY 11747

BlueCross Blue Shield
P.O. Box 650615
Dallas, TX 75265-0615


Brian L. Ponder, Esq
c/o Eric Devon Parsons
200 Park Avenue, Suite 1700
New York, NY 11016


Burr & Forman
P.O. Box 830719
Birmingham, AL 65283-0719


Castel Communications
P.O. Box 327
Bowmansville, NY 14026


Cinthia Rincon
Lemberg Law LLC
43 Dandury Road, 3rd Floor
Wilton, CT 6897


CITIBANK
COLLECTIONS
PO BOX 6502
SIOUX FALL, SD  57117-6502


Classic Protection Systems, Inc
1648 W Sam Houston Parkway N
Houston, TX 77043


Cornerstone Premium Finance
PO Box 66501
St. Louis, MO 61366-6501


Crown Castle
P.O. Box 28730
New York, NY 100087-8730

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


Dahill Office Technology dba Xerox
8200 IH 10 West
Suite 400
San Antonio, TX 78230


Daniel Corrigan
10 Edna Lane
Selden, NY 11784


e-Complish
228 Park Ave South Suite 89324
New York, NY 10003


Edward B Geller, Esq
15 Landing Way
Bronx, NY 10464


ePlus Technology Inc
13595 Dulles Technology Drive
Herndon, VA 20171


Ethan Wadlington
216 Thornwood PL
Philadelphia, PA 19154


Experian
475 Anton Blvd.
Costa Mesa, CA 92626


Factual Data
PO Box 640495
Pittsburgh, PA 15264-0495

Fed Ex
P.O. Box 660481
Dallas, TX 75266-0481


First Choice Coffee
333 Garden Oaks Blvd.
Houston, TX 77018


First Data - Fiserv
P.O. Box 310464
Des Moines, IA 50331-0464


Fred J. & Diana L. Moreno
6417 E. Mary Drive
Tucson, AZ 85730


Gateway
315 South Closner
Edinburg, TX 78539


Global Holding, LLC
4343 South 118th East Ave
Suite 220
Tulsa, OK 74146


Higginbotham Cobra Services
P.O. Box 1271
Fort Worth, TX 76101


Houston TX Westchase III Properties, LP
Lee & Associates
c/o Cheri Freeman
3200 Wilcrest Drive, Ste 125
Houston, TX 77042

Houston TX Westchase III Properties, LP
Lee & Associates
c/o Shawn Harvey
9805 Katy Freeway, Ste 800
Houston, TX 77024

```
Integrity First Insurance, LLC
9755 Dogwood Rd
Suite 140
Roswell, GA 30075


Internal Revenue Service
1919 Smith St.
Stop 5024 HOU
Houston, TX 77002


Internal Revenue Service
Insolvency Department
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
STOP 6692 AUSC
Austin, TX 73301-0030



International Sureties
701 Poydras St Ste 420
New Orleans, LA 70139



IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223



Jada Cacchilli
103-52 97th Street
Ozone Park, NY 11417



Jessica Corrigan
10 Edna Lane
Selden, NY 11784



Kaufman Dolowich Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797
```

LabCorp
P.O. Box 12140
Burlington, NC 27216-2140


Lash Wilcox & Grace PL
Chapter 7 Trustee/ Thomas A. Lash
2202 West Shore Blvd. Suite 200
Tampa, FL 33607


Lawrence C Hersh
17 Sylvan Street, Suite 102B
Suite 102B
Rutherford, NJ 7070


Logix Fiber Networks
P.O. Box 734120
Dallas, TX 75373-4120


LTD Acquisitions Operating
P.O. Box 421529
Houston, TX 77242-1529


Morrison & Associates
P.O. Box 572731
Houston, TX 77257


Nationwide Screening Services
501 Madison Avenue, 5th Floor
New York, NY 10022


Nestor Saroza
522 29th St
Union City, NJ 07087-3804


Neustar
P.O. Box 742000
Atlanta, GA 30374-2000

Numeracle
7918 Jones Branch Drive 4th Floor
McLean, VA 22102


Pam Massari
1920 E. Tripoli Ave
Apartment 213
Milwaukee, WI 53235


Phin Solutions
14245 Saint Francis Blvd, Suite 105
Ramsey, MN 55303


Pitney Bowes Global Financial Svcs, LLC
P.O. Box 981022
55 Jewelers Park Drive, Suite 300
Neenah, WI  54956
Boston, MA 02298-1022

Programmers.io
8951 Cypress Waters Blvd, Suite 160
Coppell, TX 75019


Public Storage
2055 Hayes Rd
Houston, TX 77077


Purchase Power
P.O. Box 981026
Boston, MA 02298-1026


Renkim
13333 Allen Rd
Southgate, MI 48195


Ronald N. Allen, LLC
4801 E. Broadway Blvd
Suite 151
Tucson, AZ 85711

Ronda Chamberlain
Davis Consumer Law Firm
300 Weslsh Road, Building One, Suite 100
Willow Grove, PA 19090


Shred-It USA (Stericycle, Inc)
28883 Network Place
Chicago, IL 60673-1288



Silas B. Raney
The Law Office of Howard D. Stone PLLC
PO Box 712
Owingsville, KY 40360


Skit USA, Inc
135 Madison Ave, 7th Floor
New York, NY 10016



The Arena Group
PO Box 4737
Houston, TX 77210-4737



The Hartford
P.O. Box 660916
Dallas, TX 75266-0916



The Law Offices of Gregory A Goodman, P.
c/o Garret Leap
380 North Broadway, Suite 305
Jerricho, NY 11753


Touch Tone Communications
P.O. Box 780593
Philadelphia, PA 19178-0593



Transunion 5327 LLC
P.O. 99506
Chicago, IL 60693-9506

Transunion C001 LLC
P.O. 99506
Chicago, IL 60693-9506


Transunion Risk and Alternative Data Sol
P.O. Box 209047
Dallas, TX 75320-9047


US Bank Equipment Finance
P.O. Box 790448
St. Louis, MO  63179-0448


US Bank Equipment Finance
1310 Madrid St. Suite 101
Marshall, MN 56258-4002


Varnell & Warwick, PA
P.O. Box 361196
681 Saint Clair Ste #361196
Melbourne, FL 32936-1196


Veritrust - LTDF01
7804 Fairview Rd, Suite 153
Charlotte, NC 28226-4998


Veritrust - M0LTDF
7804 Fairview Rd, Suite 153
Charlotte, NC 28226-4998


Veritrust Corp
7804 Fairview Rd
Suite 153
Charlotte, NC 28226-4998


Xerox
P.O. Box 205354
Dallas, TX 75320-5354

```
Xerox Financial Services
P.O. Box 202882
Dallas, TX 75320-2882


Xerox Financial Services, LLC
201 Merritt 7
Norwalk, CT 06851
```